# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2331
LT Case No. 2007-031334-CFAES

_____

WILLIE UPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal From the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Willie Upson, Wewahitchka, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Assistant Attorney General, Daytona Beach, for Appellee.

October 24, 2023

PER CURIAM.

    AFFIRMED. *See State v. Reid*, 886 So. 2d 265, 266 (Fla. 5th DCA 2004).

WALLIS, LAMBERT, and JAY, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————